IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-10676
_____

(D.C. Docket No. 3:08-00914-VMC-MCR)

KEVIN SPENCER,

        Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

        Respondent - Appellee.
_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(Opinion August 15, 2013, 727 F.3d 1076, 11th Cir. 2013)

(March 7, 2014)

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

BEFORE:  CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, PRYOR, MARTIN and JORDAN, Circuit Judges.*

BY THE COURT:

        A member of this Court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

        IT IS ORDERED that the above cause shall be reheard by this court en banc.  The previous panel's opinion is hereby VACATED.

_____

*Senior United States Circuit Judge Phyllis A. Kravitch has elected not to participate in the en banc proceedings in this matter.  See 28 U.S.C. § 46(c).